760

for writ of certiorari to the Supreme Court of Florida denied. *Mr. S. D. McGill* for petitioner. *Messrs. J. Tom Watson,* Attorney General of Florida, and *Woodrow M. Melvin,* Assistant Attorney General, for respondent.

No. 620. Stewart *v.* St. Sure, U. S. District Judge. February 1, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *J. L. Stewart, pro se. Solicitor General Fahy, Assistant Attorney General Berge,* and *Mr. Oscar A. Provost* and *Miss Melva M. Graney* for respondent.

No. 609. Boston Elevated Railway Co. *v.* Commissioner of Internal Revenue. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. Mr. Justice Murphy took no part in the consideration or decision of this application. *Messrs. Charles W. Mulcahy, Robert N. Miller,* and *John H. Moran* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Joseph M. Jones,* and *Archibald Cox* for respondent.

No. 613. Louisville & Nashville Railroad Co. *v.* Underwood, Administratrix. February 8, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. Mr. Justice Murphy took no part in the consideration or decision of this application. *Mr. White E. Gibson* for petitioner. *Mr. Louis E. Miller* for respondent.